12-CV-05221-CLM

```
                                            ____ FILED      ____ ENTERED
                                            ____ LODGED     ____ RECEIVED

                                                  SEP 07 2012
                                                 AT SEATTLE
                                           CLERK U.S. DISTRICT COURT
                                         WESTERN DISTRICT OF WASHINGTON
                                                                  DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STACI A. BRAY, | Case No. C12-5221-JLR |
|---|---|
| Plaintiff, | ORDER REMANDING CASE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This matter is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 7th day of September, 2012.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1