12-CV-05221-CLM

```
                          ____ FILED      ____ ENTERED
                          ____ LODGED     ____ RECEIVED

                                SEP 07 2012

                              AT SEATTLE
                        CLERK U.S. DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
                                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACI A. BRAY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>  Defendant. | Case No. C12-5221-JLR<br><br>ORDER REMANDING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This matter is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 7th day of September, 2012.

           /s/ James L. Robart
           JAMES L. ROBART
           United States District Judge

ORDER OF DISMISSAL
PAGE - 1